UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LORI LYNN EAKLE,<br><br>    Plaintiff,<br><br>v.<br><br>WENATCHEE VALLEY MEDICAL CENTER, P.S.,<br><br>    Defendant. | NO. CV-07-117-RHW<br><br>**ORDER GRANTING THE PARTIES' MOTION FOR ENTRY OF PROTECTIVE ORDER** |

Before the Court is the parties' Joint Motion for Entry of Protective Order (Ct. Rec. 13). The parties ask the Court to enter their proposed Protective Order which is based on a signed Confidentiality Agreement.

Generally, the manner in which the parties agree to manage the dissemination and use of the information between themselves during the discovery process does not cause the Court concern. It is the policy of this District and the Judges therein not to enter blanket Protective Orders. However, the proposed protective order in this matter covers information and discovery materials that are typically considered confidential and does not appear to be overly broad. *See Phillips* ex rel. *Estates of Byrd v. General Motors Corp.*, 307 F.3d 1206, 1211-12 (9th Cir. 2002) (discussing types of information typically protected from disclosure).

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Joint Motion for Entry of Protective Order (Ct. Rec. 13) is **GRANTED**.

**ORDER GRANTING THE PARTIES' MOTION FOR ENTRY OF PROTECTIVE ORDER** * 1

2.  The parties shall abide by the terms of the Confidentiality Agreement submitted with the parties' motion (Ct. Rec. 13-2).

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and to provide copies to counsel.

**DATED** this 22nd day of January, 2008.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2007\Eakle\prot.ord.wpd

**ORDER GRANTING THE PARTIES' MOTION FOR ENTRY OF PROTECTIVE ORDER** * 2