UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LORI LYNN EAKLE,<br><br>　　Plaintiff,<br><br>　　v.<br><br>WENATCHEE VALLEY MEDICAL CENTER, P.S.,<br><br>　　Defendant. | NO. CV-07-117-RHW<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

　　Before the Court is Plaintiff and Defendant's Stipulation re: Order of Dismissal with Prejudice (Ct. Rec. 18). The motion was heard without oral argument. Plaintiff and Defendant ask that all claims be dismissed with prejudice and without costs.

　　Accordingly, **IT IS HEREBY ORDERED**:

　　1. Plaintiff and Defendant's Stipulation re: Order of Dismissal with Prejudice (Ct. Rec. 18) is **GRANTED**.

　　2. The claims in the above-captioned action are **DISMISSED with prejudice** and without award of costs to any party.

　　**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel and to **close the file**.

　　**DATED** this 15th day of August, 2008.

　　　　　　　　　　　　　　*S/ Robert H. Whaley*

　　　　　　　　　　　　　　ROBERT H. WHALEY
　　　　　　　　　　　　　　Chief United States District Judge

Q:\CIVIL\2007\Eakle\stip.dismiss.ord.wpd

ORDER GRANTING STIPULATION OF DISMISSAL  * 1